**STATE of Missouri, Respondent,**

v.

**John LaJOY, Appellant.**

No. 70349.

Missouri Court of Appeals,
Eastern District,
Division One.

March 18, 1997.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and GARY M. GAERTNER and CRANE, JJ.

*ORDER*

PER CURIAM.

Appellant, John LaJoy, appeals the judgment of conviction for delivery of a controlled substance, RSMo § 195.211 (1994), entered by the Circuit Court of Monroe County after a jury trial. We affirm.

We have reviewed the briefs of the parties and the legal file and find no error. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 30.25(b).